# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ESTATE OF EDMUND D. SIMON, ESTATE OF MARJORIE P. SIMON, ESTATE OF ETHEL SIMON, PATRICIA SIMON, EXECUTRIX AND AISHA BRADLEY | : | No. 223 EAL 2022 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA AND FAIRMOUNT PARK SUMMIT PARK EAST GENERAL PARTNERSHIP, UNIVERSITY CITY HOUSING COMPANY | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  PATRICIA SIMON AND AISHA BRADLEY | : | |
| | : | |
| ESTATE OF EDMUND D. SIMON, ESTATE OF MARJORIE P. SIMON, ESTATE OF ETHEL SIMON, PATRICIA SIMON, EXECUTRIX AND AISHA BRADLEY | : | No. 225 EAL 2022 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA AND FAIRMOUNT PARK, SUMMIT PARK EAST GENERAL PARTNERSHIP, UNIVERSITY CITY HOUSING COMPANY | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: PATRICIA SIMON AND AISHA BRADLEY | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 29th day of March, 2023, the Petition for Allowance of Appeal, the Application to Substitute Party, and the Application to Amend are **DENIED**.